United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jane Doe, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-23712-Civ-Scola |
| | ) |
| City of Miami, Florida, and others, Defendants. | ) |

### Order Dismissing Case

On August 19, 2024, the Court administratively closed this case in response to the parties' notice that they had settled the matter. The Court gave the parties until September 16, 2024, to file their closing papers. To date, they have failed to file the necessary closing papers. A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. 630–31.

The Court finds that the parties have abandoned their prosecution and defense of this matter. The Court **dismisses** this case with prejudice and directs the Clerk of the Court to **close** the matter.

**Done and ordered** in Miami, Florida, on March 17, 2025.

_____
Robert N. Scola, Jr.
United States District Judge